### ANONYMOUS.

1823.

After answer filed, the defendant obtained an exemption of his person from imprisonment, under the act. Held that he may file a supplemental answer to present this fact; and that he ought to state and avail himself of the exemption, at the earliest day.

MR. GERARD presented the petition of ——— ———, one of the defendants, setting forth, that since the filing of his answer, he had procured the exemption of his person from imprisonment, under an act, entitled " An act to abolish imprisonment for debt in certain cases," 42 sess. ch. 101. and praying for leave to file a supplemental answer, setting forth his discharge.

1823.
Nov. 6.

*Practice.*

That this was the proper practice, he cited Cooper's Pleadings, 338, 339.

MR. EMMET, contra. Any new matter of defence arising after answer, must be supplied by cross bill. It must be shown in such a way, that the complainant may answer it. A special replication to an answer is disallowed by the course and practice of the court.

Again, the defendant can have the benefit of his discharge after decree, by petition or motion. The fact, if true, is no defence; the complainant is entitled to a decree notwithstanding the discharge. It ought not to be put forward as a defence. The application for the benefit of the discharge is therefore premature before the decree.

MESSRS. GRIFFIN and GERARD. We want a special decree exonerating the defendant's person from imprisonment. The only way, at law, to secure the benefit of the discharge is by plea. The defendant's application, there, would come too late after judgment: and so it would here after a decree. There must be a judicial notice of the matter. A supplemental answer is the most simple and easy way of bringing the fact before the court; and of obtaining the benefit of the discharge. The complainant may reply specially or generally, as he shall see fit.

There is no limit to a defence by answer.

THE COURT. The prayer of the petition must be granted. It is proper that the fact should be presented to the court at

1823.

ANONYMOUS.

the earliest day. There cannot be any reasonable objection to a supplemental answer setting forth the fact. A special replication is unnecessary. The general replication, in this court, puts every thing in issue in the same manner as not guilty to a criminal prosecution at law.

Order accordingly.